IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT E. JOHNSON,**

       **Plaintiff,**

v.                                          CIVIL ACTION NO. 1:17CV179
                                                            (Judge Keeley)

**CENTRAL SUPPLY COMPANY
OF WEST VIRGINIA and
PATRICK SCOTT TUCKER,**

       **Defendants.**

## ORDER OF DISMISSAL

On October 23, 2018, the plaintiff, Robert E. Johnson, filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 26). The Court therefore **DISMISSES** this civil action **WITH PREJUDICE** and **ORDERS** that it be terminated from the active docket.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 23, 2018

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE